WILLIAM B. BRITTINGHAM, *Apppellant, v.* JOHN W. BRITTINGHAM, *Respondent.* — Order affirmed, with ten dollars costs and disbursements. Opinions by DAVIS, P. J., BRADY and DANIELS, JJ.

WILLIAM R. TRAVERS, *Respondent, v.* JOHN McB. DAVIDSON, *Appellant.* — Judgment modified as directed in opinion. Opinion by DANIELS, J.

THOMAS A. R. WEBSTER, *Plaintiff in Error, v.* THE PEOPLE OF THE STATE OF NEW YORK, *Defendants in Error.* — Judgment affirmed. Opinion by DANIELS, J.

GEORGE W. MILLAR and WILLIAM D. MAY, *Respondents, v.* ENOCH W. PAGE, *Appellant, Impleaded, etc.* — Order reversed, without costs. Opinion by BRADY, J., and DAVIS, P. J.

IN THE MATTER OF ESTATE OF EDMUND LYONS, *Deceased.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DAVIS, P. J.

IN THE MATTER OF ALBERT SCHNITZLER. — Order affirmed, with ten dollars costs and disbursements. Opinion by DAVIS, P. J.

WILLIAM FULLERTON and others, *Appellants, v.* THE NATIONAL BURGLAR AND THEFT INSURANCE COMPANY and others, *Respondents.* — Judgment affirmed, without costs. Opinions by BRADY, J., and DAVIS, P. J.